■ In the Matter of DENNIS JEWELL, Respondent, v MARK ALGER, as Steuben County Executive, et al., Respondents. RAMON J. RODRIGUEZ, as Chairman of the New York State Department of Parole, Appellant.—Appeal unanimously dismissed as moot. Appellant concedes on oral argument that the appeal is moot. (Appeal from judgment of Supreme Court, Steuben County, Finnerty, J.—art 78.) Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LIPKA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Rossetti, J.—violation of probation.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

■ In the Matter of FRANCIS A. ALOI, for Reinstatement as an Attorney.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Callahan, Denman, Green and Balio, JJ.

■ In the Matter of NICHOLAS R. SANTORO, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner.—Application to unseal confidential order granted. Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ. (Order entered Oct. 30, 1989.)

■ GEORGE GONZALES, Appellant, v THE PEOPLE OF THE STATE OF NEW YORK, Respondent.—Motion for poor person relief denied. Memorandum: Appellant has failed to comply with the requirements of CPLR 1101. His affidavit does not state the nature of the action and it does not recite sufficient facts so that the merit of his contentions can be ascertained. Moreover, appellant has not sufficiently identified the order or judgment appealed from and has not shown that he has taken a timely appeal. Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.